# Exhibit B

CIVIL COURT OF THE CITY OF NEW YORK

County of NY

Date 10/18/12   Part F

682 Inwood Owner LLC

Petitioner(s),

against

Sanchez

Respondent(s)

Index No. L&T: 66866/12

Page 1 of ___

Hon. Fisxt Tu

### STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

(1) Matter discontinued w/o prejudice to any monies by owed by NYCHA

(2) NYCHA provides copies of all checks from 2011-2012. No check from 2/12 has been provided & NYCHA records reflect this would be check # 8817445

Atty - Debt Collector

Yesterday

Respondent

CIV-LT-30 page 1 (Revised 4/07)