# Exhibit C

HEIBERGER & ASSOCIATES, P.C.  CY
589 Eighth Avenue, 10th floor
New York, NY 10018
212 532-0500
**THREE DAY NOTICE**     Dated: 11/18/2013

TO: YOCASTA SANCHEZ & NYCHA        Additional Service:
                                   NYCHA
682 ACADEMY STREET                 LEASED HOUSING EVICTION UNIT
Apt. 45                            90 CHURCH STREET, 9TH FLOOR
NEW YORK, NY 10034                 NEW YORK, NY 10007

Respondent-Tenant

PLEASE TAKE A NOTICE that you are hereby required by your tenancy to pay 682 INWOOD OWNER LLC., landlord of the above described premises, the sum of $1,459.37 for rent of the premises as follows.

MCI $173.34           MCI ARREARS $31.86
11/13 $338.00    10/13 $338.00    09/13 $338.00    08/13 $240.17

The above sum represents arrears owed after all payments made by you have been applied to the oldest monies due leaving the above months open

You are required to pay within 3 days by 11/26/2013 or give up possession of the premises to the landlord. If you fail to pay or give up the premises, the landlord will commence summary proceedings against you to recover possession of the premises.

**682 INWOOD OWNER LLC.**

Landlord/Creditor
DM01-72-45

The firm has been retained to collect a debt consisting of rent arrears totaling $1,459.37. Any information obtained will be used for that purpose.

The above named creditor claims that you owe rent arrears as specified.
Unless, within 30 days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If, within thirty days of your receipt of this notice, you notify us in writing that or any portion thereof is disputed, we will obtain a verification of this debt or a copy of the judgment, if any, and we will mail you a copy of such verification or judgment. If the original creditor is different from the creditor named above, then upon written request within thirty days of receipt of this letter we will provide you with the name and address of the original creditor.

This opportunity to dispute the debt is separate from any response you are required to take with respect to any other legal notices you receive. Federal law requires me to provide you with the foregoing notice. The law does not require me to wait until the end of the 30-day period before filing an eviction suit. If however, you dispute the debt, or request proof of the debt to the name and address of the original creditor within 30-day period that begins with your receipt of this letter, we will suspend our efforts until we mail such information to you