# Exhibit D

## Karp, Sheryl

| | |
|---|---|
| From: | Karp, Sheryl |
| Sent: | Monday, December 23, 2013 1:38 PM |
| To: | 'rcehrlich@heibergerlaw.com' |
| Subject: | 682 Inwood Owner LIC v. Yocasta Sanchez, L&T 90082/2013, 682 Academy Street, Apt 45, NY, NY |
| Attachments: | Section 8 documents.pdf |



Section 8
cuments.pdf (405 K

Dear Rob:

The above-captioned case was adjourned to January 22, 2013 in Part C for you to subpoena Section 8 records. Since then I have been retained as counsel. I am writing to see if your client will discontinue this frivolous law suit- and acknowledge that Ms. Sanchez has a credit through December of $478.80-as Ms. Sanchez has always paid her portion of the rent as set forth in the attached Section 8 documents. I have seen cancelled checks for every month arrears are sought and the breakdown your client gave to mine acknowledges these payments. Indeed, your office discontinued a case against her in October of 2012 when she was erroneously sued for NYCHA Section 8 monies. (I attached a copy of that stipulation for your review as well). Your client advised Ms. Sanchez orally that she was responsible for the MCI increase orders. As you know this is not the case at all-NYCHA Section 8 is responsible for this payment. Ms. Sanchez didn't know this and she made two payments in October of 2013 (they are attached) to try to pay off the MCI balance. They total $478.80 and were in addition to her portion of the rent for October. For this reason, she should have a credit of $478.80. Please let me know your client's position so I can attach a stipulation of discontinuance acknowledging this credit if we are in agreement. Thank you as always for your courtesy in this matter.
Sincerely,
Sheryl Karp
Supervising Attorney
The Legal Aid Society
230 East 106th Street
New York, New York 10029
Tel: 212-426-3029
Fax: 646-616-4029
e-mail: srkarp@legal-aid.org

*2 prior cases* [handwritten]

1