# Exhibit E

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART C
-----------------------------------------------------------X
682 INWOOD OWNER LLC.,

      Petitioner-Landlord

      -against-

YOCASTA SANCHEZ,

      Respondent-Tenant
-----------------------------------------------------------X

L&T 90082/2013

STIPULATION OF
DISCONTINUANCE

The parties by their respective attorneys agree as follows:

1. The within proceeding is discontinued as respondent has paid in full the tenant portion of the rent through January 31, 2014 and has a credit of $128.80 toward the February, 2014 tenant portion of $350. These payments were made prior to the institution of this proceeding.

2. This discontinuance is without prejudice to petitioner's right to collect MCI increases and rent increases from NYCHA Section 8.

3. For the purposes of this stipulation faxed or digitally transmitted signatures shall be treated as if they were originals.

4. Either side may present this stipulation to the court to be approved and filed *ex parte*.

Dated: New York, New York
      January 22, 2014

_____
Robert Ehrlich, Esq.
Heiberger and Associates
205 Lexington Ave, 19th Floor
New York, NY 10016
Tel: 212-532-0370
Attorney for Petitioner

_____
Sheryl Karp, Esq.
The Legal Aid Society
230 East 106 Street
New York, NY 10029
Tel: 212-426-3029
Attorney for Respondent