# Exhibit F

Karp, Sheryl

**From:** Robert Ehrlich [rcehrlich@heibergerlaw.com]
**Sent:** Monday, March 31, 2014 5:52 PM
**To:** Karp, Sheryl
**Subject:** Re: 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013

Sure, my client will change it's billing just for your client

On Mar 31, 2014, at 5:50 PM, "Karp, Sheryl" <SRKarp@legal-aid.org> wrote:

> Then the billing system should be changed-its highly inappropriate to bill her for 10 times more than she owes-and it has led in the past to her being sued for money she doesn't owe.
>
> **From:** Robert Ehrlich [mailto:rcehrlich@heibergerlaw.com]
> **Sent:** Monday, March 31, 2014 05:34 PM
> **To:** Karp, Sheryl
> **Subject:** RE: 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013
>
> The bills are generated from the account; that's how the system works.
>
> Robert C. Ehrlich, Esq.
> Heiberger & Associates, P.C.
> 589 Eighth Avenue, 10th Floor
> New York, New York 10018
> Direct:     212 532-0370
> Cell:         917 709-1400
> Direct Fax: 646-378-4893
> Main Fax:  212 532-2040
> www.heibergerlaw.com
>
> ***PLS NOTE OUR ADDRESS CHANGE***
>
> **From:** Karp, Sheryl [mailto:SRKarp@legal-aid.org]
> **Sent:** Monday, March 31, 2014 5:34 PM
> **To:** Robert Ehrlich
> **Subject:** Re: 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013
>
> I understand their being on her account-but not on the monthly rent bill she receives telling her what she has to pay each month
>
> **From:** Robert Ehrlich [mailto:rcehrlich@heibergerlaw.com]
> **Sent:** Monday, March 31, 2014 05:29 PM
> **To:** Karp, Sheryl
> **Subject:** RE: 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013
>
> Sheryl, all of those charges will remain on the account until such time as NYCHA makes the appropriate adjustments. Thx.
>
> Robert C. Ehrlich, Esq.
> Heiberger & Associates, P.C.
> 589 Eighth Avenue, 10th Floor
> New York, New York 10018
> Direct:     212 532-0370
> Cell:         917 709-1400
> Direct Fax: 646-378-4893
> Main Fax:  212 532-2040
> www.heibergerlaw.com
>
> ***PLS NOTE OUR ADDRESS CHANGE***
>
> **From:** Karp, Sheryl [mailto:SRKarp@legal-aid.org]
> **Sent:** Monday, March 31, 2014 3:51 PM
> **To:** Robert Ehrlich
> **Subject:** 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013
>
> Dear Rob:

4/1/2014

I wrote you in early March because even though this case ended in January, 2014 with a $128.80 credit toward February, 2014 rent of $350, my client received a rent bill in March seeking over $2,500. She has paid her portion of her rent as required by NYCHA Section 8 and yet once again she received an April rent bill seeking nearly $3,000. She has been sued three times for NYCHA Section 8 money- and I am hoping to have your client correct their billing so as to avoid a fourth law suit along these lines. Thanks for your prompt attention to this matter.

Sincerely,
Sheryl Karp
Supervising Attorney
The Legal Aid Society
230 East 106th Street
New York, New York 10029
Tel: 212-426-3029
Fax: 646-616-4029
e-mail: srkarp@legal-aid.org

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain lega
have received this e-mail in error and delete the original and any copy of the e-mail.

The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipients named herein. The message may be an attorney client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete the original message from your system and thereafter confirm its deletion. Thank you

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain lega
have received this e-mail in error and delete the original and any copy of the e-mail.

## Karp, Sheryl

| | |
|---|---|
| From: | Karp, Sheryl |
| Sent: | Monday, March 03, 2014 1:47 PM |
| To: | 'Robert Ehrlich' |
| Subject: | 682 Inwood Owner LLC v. Yocasta Sanchez, L&T 90082/2013 |
| Attachments: | [Untitled].pdf |

[Untitled].pdf (117 KB)

Dear Rob:

As you know this case was settled in January and Ms. Sanchez had a credit of $128.80 toward her February, 2014 rent of $350 (she has NYCHA Section 8). Stipulation is attached.  In February of 2014 she paid $221.20 (the difference between her rent of $350 and the credit of $128.80) and her bank shows that the check was cashed by your client, but the March, 2014 breakdown does not reflect this payment.
 I'm writing to ask you to have your client correct the balance on her rent bill to avoid more frivolous litigation as this last case was the third time she was sued solely for Section 8 money.  Also can you confirm that your client received the rent payment in February as we can provide a cancelled check from the bank if necessary.  Thanks as always for your courtesy in this matter.
Sincerely,
Sheryl Karp
Supervising Attorney
The Legal Aid Society
230 East 106th Street
New York, New York 10029
Tel: 212-426-3029
Fax: 646-616-4029
e-mail: srkarp@legal-aid.org

1