# Exhibit H

L&T Index No _____   2015
CIVIL COURT CITY OF NEW YORK
County of NEW YORK                          Housing Part _____

682 INWOOD OWNER LLC.
                                                            Landlord
                          against
YOCASTA SANCHEZ & NYCHA
                                                            Tenant
682 ACADEMY STREET
APT 45
NEW YORK, NY 10034
DWELLING
DM01-72-45, 104577
PETITION NON-PAYMENT

Amount Claimed $ _____   Undertenant 668.32

Notice of Petition issued on _____
Notice of Petition returned on _____
Notice of Petition served on _____
Set for Trial on _____
Landlord notified on _____
Sufficiency of answer referred
to court _____
Raises _____ issue
tenant answers on _____
But fails to answer _____
tenant appears on _____
answer is _____

                                                            Judge

Attorney for Petitioner
HEIBERGER & ASSOCIATES, P.C.
Attorneys at Law
889 Eighth Avenue, 10th floor
New York, NY 10018
212 532-0500
Attorney Debt Collector

---

THE PETITION OF 682 INWOOD OWNER LLC., alleges; upon Information and Belief:

1. Petitioner(s) is(are) the landlord(s) of the premises.
2. Respondent(s) YOCASTA SANCHEZ & NYCHA is (are) tenant(s) in possession of said premises pursuant to a WRITTEN rental agreement made heretofore wherein respondent promised to pay to landlord or landlord's predecessor as rent $ 376.38 each month in advance on the 1ST day of each month.
3. Intentionally deleted.
4. Respondent(s) are now in possession of said premises. Said premises are the residence of the tenant(s) herein.
5. The premises from which removal is sought were rented for DWELLING purposes and are described as follows: ALL ROOMS APARTMENT 45 in building known as 682 ACADEMY STREET, NEW YORK, NY 10034 situated within the territorial jurisdiction of the Civil Court of the City of New York, County of NEW YORK
6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $ 668.32 in rent and additional rent (*) as follows:
   11/15 $376.38          10/15 $291.94
7. THE TENANT IS RENT STABILIZED AND RECEIVES SECTION 8 HOUSING SUBSIDY AS ADMINISTERED BY THE NYCHA. PERMISSION WAS REQUESTED FROM THE NYCHA SECTION 8 LEASED HOUSING TO COMMENCE A NON-PAYMENT ACTION. THE NYCHA HAS DENIED PERMISSION TO COMMENCE AN ACTION IN THE INSTANT PROCEEDING AS PERMITTED BY THE WILLIAM CONSENT DECREE. THE PETITIONER IS STARTING THIS ACTION BY JOINING THE NYCHA AS A NECESSARY PARTY.
8. Said rent has been demanded By THREE Day Written-Notice from the tenant(s) since same become due.
9. Respondent(s) have defaulted in the payments thereof and continue in possession of premises without permission after said default.
10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named bellow, a natural person over 21 years of age, to be in control of and responsible for maintenance and operation of the dwelling.

Agent:   EDGAR ORTIZ
         134 WEST 25TH STREET     NEW YORK, NY 10001
                                  Multiple Dwelling No. 105230

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded therein, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with costs and disbursements of this proceeding. Dated: 11/19/2015

STATE OF NEW YORK, COUNTY OF NEW YORK. The Undersigned affirms under penalty of perjury that she/he is one of the attorneys for petitioner, that she/he has read the foregoing petition and knows the contents thereof; that the same are true to her/his own knowledge except as to matters stated to be upon information and belief; and as to those matters he believes them to be true. The grounds of this belief as to matters not stated upon her/his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorney office. This verification is made pursuant to the provisions of RPAPL 741.

                                  11/19/2015

                                  ROBERT C. EHRLICH, ESQ.
                                  HEIBERGER & ASSOCIATES, P.C.