# Exhibit I





**THE LEGAL AID SOCIETY**

Harlem Community Law Office
230 E. 106th Street
New York, NY 10029
T (212) 426-3000
www.legal-aid.org

Direct Dial: (212) 426-3016
E-mail: EHasbrook@legal-aid.org

Blaine (Fin) V. Fogg
*President*

December 10, 2015

Robert Ehrlich, Esq.
Heiberger & Associates, P.C.
589 Eighth Avenue, 10th Floor
New York, New York 10018

Seymour W. James, Jr.
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Barbara Graves-Poller
*Attorney–in–Charge*
Harlem Community Law Office

Re:     682 Inwood Owner LLC v. Yocasta Sanchez, L&T 84736/15

Mr. Ehrlich,

The Legal Aid Society will be appearing on behalf of Yocasta Sanchez in the non-payment proceeding referenced above.

I reviewed the combined rent demand and Fair Debt Collection Practices Act notice dated November 10, 2015 and allegedly served on Ms. Sanchez by substitute service in the days thereafter. A copy of the notice is enclosed with this letter.

Ms. Sanchez disputes the validity of the debt. She owes no arrears attributable to her share of the rent as determined by the Section 8 provider. She disputes the character, amount, and legal status of the debt. The communication threatened a lawsuit if she did not pay that could not be legally taken. If you disagree, Ms. Sanchez requests that Heiberger and Associates, P.C. mail me a verification of the debt.

If you agree, Ms. Sanchez requests that you move to discontinue the pending non-payment proceeding. This proceeding is at least the third frivolous lawsuit that Heiberger and Associates, P.C. filed against Ms. Sanchez seeking the Section 8 subsidy-portion of the rent. The stipulations to discontinue two prior cases are enclosed with this letter for your reference.

Sincerely,

Evan Hasbrook
Staff Attorney

Enclosures: combined rent demand and FDCPA notice, stipulations (2) to discontinue.

HEIBERGER & ASSOCIATES, P.C.
589 Eighth Avenue, 10th floor
New York, NY 10018
212 532-0500

THREE DAY NOTICE                                   Dated: November 10, 2015

TO:     YOCASTA SANCHEZ & NYCHA                    Additional Mailing:
        682 ACADEMY STREET,                        N.Y.C.H.A.
        Apt. 45                                    90 CHURCH STREET, #9TH FLOOR
        NEW YORK, NY 10034                         NEW YORK, NY 10007
                          Respondent-Tenant

PLEASE TAKE NOTICE that you are hereby required by your tenancy to pay 682 INWOOD OWNER LLC.,
landlord of the above described premises, the sum of $1,044.32 for rent of the premises as follows:

11/15 $376.38        10/15 $357.00        09/15 $310.94

The above sum represents arrears owed after all payments made by you have been applied to the oldest monies
due leaving the above months open.

You are required to pay within THREE (3) days by 11/18/2015 or give up possession of the premises to the
landlord. If you fail to pay or give up the premises, the landlord will commence summary proceedings against
you to recover possession of the premises.

## 682 INWOOD OWNER LLC.

Landlord/Creditor
DM01 -72 -45                        CMEL

The firm has been retained to collect a debt consisting of rent arrears totaling $1,044.32. Any information obtained
will be used for that purpose.

The above named creditor claims that you owe rent arrears as specified.
Unless, within 30 days after receipt of this notice, you dispute the validity of the debt or any portion thereof, we will
assume the debt to be valid. If, within thirty days of your receipt of this notice, you notify us in writing that or any
portion thereof is disputed, we will obtain a verification of this debt or a copy of the judgment, if any, and we will
mail you a copy of such verification or judgment. If the original creditor is different from the creditor named above,
then upon written request within thirty days of receipt of this letter we will provide you with the name and address of
the original creditor.

This opportunity to dispute the debt is separate from any response you are required to take with respect to any other
legal notices you receive. Federal law requires me to provide you with the foregoing notice. The law does not require
me to wait until the end of the 30-day period before filling an eviction suit. If however, you dispute the debt, or
request proof of the debt to the name and address of the original creditor within 30-day period that begins with your
receipt of this letter, we will suspend our efforts until we mail such information to you.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART C
------------------------------------------------------------------X

682 INWOOD OWNER LLC.,                                    L&T 90082/2013

        Petitioner-Landlord

        -against-                                         STIPULATION OF
                                                          DISCONTINUANCE
YOCASTA SANCHEZ,

        Respondent-Tenant
------------------------------------------------------------------X

The parties by their respective attorneys agree as follows:

        1. The within proceeding is discontinued as respondent has paid in full the

tenant portion of the rent through January 31, 2014 and has a credit of $128.80 toward the

February, 2014 tenant portion of $350. These payments were made prior to the institution

of this proceeding.

        2. This discontinuance is without prejudice to petitioner's right to collect MCI increases

and rent increases from NYCHA Section 8.

        3. For the purposes of this stipulation faxed or digitally transmitted signatures shall be

treated as if they were originals.

        4. Either side may present this stipulation to the court to be approved and filed *ex parte*.

Dated: New York, New York
        January  22 , 2014


Robert Ehrlich, Esq.                          Sheryl Karp, Esq.
Heiberger and Associates                      The Legal Aid Society
205 Lexington Ave, 19th Floor                 230 East 106 Street
New York, NY 10016                            New York, NY 10029
Tel: 212-532-0370                             Tel: 212-426-3029
Attorney for Petitioner                       Attorney for Respondent

CIVIL COURT OF THE CITY OF NEW YORK
County of  NY

Date  10/18/12          Part  F

682 Inwood Owner LLC

                         Petitioner(s),
        against

Sanchez                  Respondent(s)

Index No. L&T:  668661/12
Page ___1___ of _____
Hon.  Elsa T.

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the
right to a trial, the right to see a Judge at any time
and the right not to enter into a stipulation of
settlement. However, after review of all the issues,
the parties agree that they do not want to go to trial
and instead agree to the following stipulation in
settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

(1) Matter discontinued w/o prejudice to any monies to owed by NYCHA

(2) NYCHA provides copies of all checks from 2011-2012. No check from 2/12 has been provided + NYCHA records reflect this would be check #8817445

Atty-Debt Collector

Respondent

CIV-LT-30 page 1(Revised 4/07)