USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-17-2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

YOCASTA SANCHEZ,

                Plaintiff,

      -against-

ROBERT C. EHRLICH, JAMIE L. HEIBERGER,
HEIBERGER & ASSOCIATES, P.C., DANIEL
WRUBLIN, DALAN MANAGEMENT
ASSOCIATES, INC., 682 INWOOD OWNER, LLC,

                Defendants.

------------------------------------------------------------------X

16-CV-8677 (LAP) (KHP)

<u>**SCHEDULING AND SETTLEMENT**</u>
<u>**CONFERENCE ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On October 16, 2018, the parties participated in a telephone conference with the Court. As discussed at the conference, by November 9, 2018, counsel for Plaintiff and counsel for Dalan Management Associates, Inc. ("Dalan") and 682 Inwood Owner, LLC ("Inwood") shall file a joint letter setting forth their positions on Plaintiff's proposed amended complaint and, if applicable, a proposed briefing schedule for a motion to amend the complaint if the parties are unable to agree to a stipulation concerning the amended complaint. In addition, Plaintiff, Dalan, and Inwood shall engage in informal discovery and gather and produce documents by November 20, 2018 addressing the topics raised in the telephone conference.

      A settlement conference in this matter is scheduled for **Monday, December 17, 2018, at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel for

Defendants/Cross-Claim Defendants Robert C. Ehrlich, Jamie L. Heiberger and Heiberger & Associates, P.C. and their clients are hereby excused from the settlement conference. However, if Defendants/Cross-Claim Defendants wish to discuss settlement at the conference on December 17, they shall submit a letter to this Court by December 3, 2018 so notifying the Court. Defendants/Cross-Claim Defendants shall provide an ex parte pre-settlement conference submission as discussed below if they will be participating in the Settlement Conference.

The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 10, 2018 by 5:00 p.m.**

SO ORDERED.

DATED:   New York, New York
         October 17, 2018

_____
KATHARINE H. PARKER
United States Magistrate Judge