UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

YOCASTA SANCHEZ,

                                               *Plaintiff(s)*,

   – against –

ROBERT C. EHRLICH, JAMIE L. HEIBERGER,
HEIBERGER & ASSOCIATES, P.C., DANIEL
WRUBLIN, DALAN MANAGEMENT ASSOCIATES,
INC., 682 INWOOD OWNER, LLC,

                                               *Defendant(s)*.



Civil Action No. 16-CV-8677

**STIPULATION AND ORDER
OF DISCONTINUANCE
WITH PREJUDICE**

---

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Yocasta Sanchez and Defendants Daniel Wrublin, Dalan Management Associates Inc., 682 Inwood Owner LLC, ("Owner/Manager Defendants") and/or their respective counsel that Plaintiff's claims, including claims for attorney's fees and costs, against Owner/Manager Defendants are voluntarily dismissed *with prejudice* against all Owner/Manager Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

      Plaintiff and Owner/Manager Defendants have entered into a Settlement Agreement and a Payment Agreement. The Settlement Agreement shall be so-ordered by the Court. Neither the Settlement Agreement nor the Payment Agreement shall be filed with the Court.

      The Court shall retain jurisdiction in order to enforce the terms and conditions of the Settlement Agreement and Payment Agreement between Plaintiff and Owner/Manager Defendants.

      This Stipulation may be executed in counterparts which, when taken together, shall constitute a single instrument. A copy of this Stipulation bearing photocopied signatures, or

signatures transmitted or duplicated via facsimile, email or other digital or electronic means shall have the same force and effect as one with original ink signatures.

Respectfully Submitted,

Dated: DECEMBER 17, 2018
Jamaica, New York

THE LEGAL AID SOCIETY
By: Tashi T. Lhewa, Esq.
Of Counsel to Scott Rosenberg
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
(718) 883-8140

*Counsel for Plaintiff Yocasta Sanchez*

Dated: Dec 17, 2018
New York, New York

NESENOFF & MILTENBERG LLP
By: Stuart Bernstein, Esq.
363 Seventh Avenue, 5th Floor
New York, New York 10001
(212) 736-4500

*Counsel for Defendants Dalan Management Associates Inc., 682 Inwood Owner LLC, and Daniel Wrublin*

It is so Ordered that Plaintiff's claims against Owner/Manager Defendants be, and hereby is, DISMISSED WITH PREJUDICE and in its entirety.

Dated: 12/19/19

Hon. Loretta A. Preska
United States District Judge

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.