UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------X
YOCASTA SANCHEZ,

                                      Docket No.: 18-1050

              Plaintiff,

                                      STIPULATION OF VOLUNTARY
        v.                                  DISMISSAL PURSUANT TO
                                      FRCP 41(a)(1)(A)(ii)

ROBERT C. EHRLICH, JAMIE L. HEIBERGER,
HEIBERGER & ASSOCIATES, P.C.,

             Defendant-Cross-Defendant,

DANIEL WRUBLIN, DALAN MANAGEMENT
ASSOCIATES, INC., 682 INWOOD OWNER, LLC,

             Defendants-Cross-Claimants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff, YOCASTA SANCHEZ ("Plaintiff"), ROBERT C. EHRLICH, JAMIE L. HEIBERGER HEIBERGER & ASSOCIATES, P.C., ("Cross-Defendants") and DANIEL WRUBLIN, DALAN MANAGEMENT ASSOCIATES, INC., 682 INWOOD OWNER, LLC, ("Cross-Claimants") that Cross-Claimants' cross claim is hereby voluntarily dismissed without prejudice against Cross-Defendants pursuant to FRCP 41(a)(1)(A)(ii); and it is further

      STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile of a fully-executed copy of this stipulation shall have equal force and effect as an original

therof and that it may be filed, without further notice, with the Clerk of the Court.

THE LEGAL AID SOCIETY

By: Tashi T. Lhewa, Esq.
Of Counsel to Seymour W. James, Jr.,
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
(718) 883-8140


*Counsel for Plaintiff Yocasta Sanchez*

HEIBERGER AND ASSOCIATES P.C.
By: Lawrence McCourt, Esq.
589 Eighth Avenue, 10th Floor
New York, New York 10018
(212) 532-0366

*Counsel for Defendant and Counsel for
Defendants Robert C. Ehrlich, Jamie L.
Heiberger,
and Heiberger & Associates P.C.*


NESSENOFF & MILTENBERG LLP
By: _Cindy Singh_, Esq.
363 Seventh Avenue, 5th Floor
New York, New York 10001
(212) 736-4500

*Counsel for Defendant and Counsel for Defendants
Daniel Wrublin, Dalan Management Associates, Inc
And 682 Inwood Owner LLC*